Nov. Term,
1859.

The Tole-
do, &c.,
Railro'd Co.
v.
Fisher.

Saturday,
December 3.

The New Albany and Salem Railroad Company *v.*
Mead.

APPEAL from the *Washington* Circuit Court.

*Per Curiam.*—This case is like that of the same com-
pany v. *Tilton,* reported in 12 Ind. R. 3; and, upon the au-
thority of that case,

The judgment is affirmed with 1 per cent. damages and
costs.

*W. G. Cooper,* for the appellants.

*C. L. Dunham* and *H. Heffren,* for the appellee.